JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEN CONSULTING GROUP, a California corporation; BRANDON DE LA CRUZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RUGGED EVENTS HOLDINGS, LLC, a Delaware limited liability company; RUGGED RACES, LLC, a Massachusetts limited liability company; BRADFORD SCUDDER, an individual; GATEHOUSE LIVE, LLC, a Delaware limited liability company; GATEHOUSE MEDIA, LLC, a Delaware limited liability company; and DOES 1 - 20, inclusive.<br><br>Defendants. | Case No. 5:19-cv-00654-JLS-KK<br><br>Judge:  Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date:  April 7, 2020 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

Dated: February 21, 2020

JOSEPHINE L. STATON
Hon. Josephine L. Staton
Judge, United States District Court